UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WALTER JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 14-CV-00462-MJR-SCW |
| | ) |
| | ) PLAINTIFF REQUEST TRIAL BY JURY |
| HOLTEN MEAT, INC. | ) |

## COMPLAINT

The Plaintiff, WALTER JACKSON, by his Attorney, Greg Roosevelt, for his Complaint against the Defendant, HOLTON MEAT, INC. states as follows:

1. The Plaintiff is a resident of Belleville, St. Clair County, Illinois and is a citizen of the State of Illinois.

2. Holton Meat, Inc. is an Illinois corporation operating a production facility in Sauget, St. Clair County, Illinois. The Defendant is a citizen of the State of Illinois.

3. The Plaintiff, Walter Jackson, was employed by the Defendant, Holton Meat, Inc., at its production facility in Sauget where the Plaintiff worked as a meat cutter.

4. On or about March 29, 2013 the Plaintiff was in the lunch room when the Plaintiff was approached by a coworker, Paul Fawler, a white male and words were exchanged. Mr. Fawler began wrestling with Plaintiff. The coworker, Paul Fawler, then pulled a knife on the Plaintiff threatening Plaintiff. The Plaintiff complained to management that Fawler pulled a knife on him. The Plaintiff was then fired on April 1, 2013 by Mitch Abbott, Human Resources Supervisor. The white coworker, Paul Fawler, was not fired. The Plaintiff is an African American.

5.  The Plaintiff was fired because of his race, being African American, in violation of Title VII of the Civil Rights Act of 1964.

6.  The EEOC has issued a Right to Sue and that Right to Sue is attached and made a part by reference.

7.  As a direct and proximate result, the Plaintiff has lost significant wages and benefits and suffered extreme emotional distress with damages exceeding $100,000.

WHEREFORE, the Plaintiff seeks judgment against the Defendant, in an amount exceeding $100,000 and for such other relief as allowed by law.

Respectfully submitted,

/s/Greg Roosevelt
Greg Roosevelt, #02375427
Roosevelt Law Office
610 St. Louis Street
Edwardsville, IL 62025
618-656-9160
618-692-9718 Fax
gregroosevelt@gmail.com

EEOC Form 161 (11/09)     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Walter Jackson<br>913 S. 11th St.<br>Belleville, IL 62226 | From: | St. Louis District Office<br>Robert A. Young Bldg<br>1222 Spruce St, Rm 8.100<br>Saint Louis, MO 63103 |
|---|---|---|---|

[ ]   On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 560-2013-01278 | Deneen M. Hodges, Investigator | (314) 539-7930 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_James R. Neely, Jr._
District Director

JAN 28 2014
(Date Mailed)

Enclosures(s)

cc: Julie W. Childerson
Human Resources Director
HOLTEN MEAT INC.
1682 Sauget Business Blvd.
Sauget, IL 62206